B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Colorado

In re **Wall Concepts, Inc.**
                  Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Ahern Rentals**<br>**PO Box 271390**<br>**Las Vegas, NV 89123** | **Ahern Rentals**<br>**PO Box 271390**<br>**Las Vegas, NV 89123** | **Trade debt** | | 9,047.07 |
| **Al Perlman**<br>**4740 Country Road #166**<br>**Elizabeth, CO 80107** | **Al Perlman**<br>**4740 Country Road #166**<br>**Elizabeth, CO 80107** | **Trade debt** | | 2,400.00 |
| **Anderson & Jahde, P.C.**<br>**2100 W. Littleton Blvd. #300**<br>**Littleton, CO 80120** | **Anderson & Jahde, P.C.**<br>**2100 W. Littleton Blvd. #300**<br>**Littleton, CO 80120** | **Trade debt** | | 1,135.50 |
| **Apprentice Personnel**<br>**PO Box 6009**<br>**Colorado Springs, CO 80934** | **Apprentice Personnel**<br>**PO Box 6009**<br>**Colorado Springs, CO 80934** | **Trade debt** | | 23,177.30 |
| **Beneficial Life Insurance Company**<br>**PO Box 79030**<br>**Phoenix, AZ 85062** | **Beneficial Life Insurance Company**<br>**PO Box 79030**<br>**Phoenix, AZ 85062** | **Trade debt** | | 2,982.30 |
| **BMW Bank of North America**<br>**PO Box 78066**<br>**Phoenix, AZ 85062-8066** | **BMW Bank of North America**<br>**PO Box 78066**<br>**Phoenix, AZ 85062-8066** | **Trade debt** | | 18,312.97 |
| **Chase Cardmember Services**<br>**PO Box 94014**<br>**Palatine, IL 60094** | **Chase Cardmember Services**<br>**PO Box 94014**<br>**Palatine, IL 60094** | **Trade debt** | | 34,222.00 |
| **H&E Equipment Services**<br>**PO Box 849850**<br>**Dallas, TX 75284-9850** | **H&E Equipment Services**<br>**PO Box 849850**<br>**Dallas, TX 75284-9850** | **Trade debt** | | 2,451.42 |
| **Hilti, Inc.**<br>**Dept. 0890**<br>**PO Box 120001**<br>**Dallas, TX 75312-0890** | **Hilti, Inc.**<br>**Dept. 0890**<br>**PO Box 120001**<br>**Dallas, TX 75312-0890** | **Trade debt** | | 15,399.36 |
| **Humana**<br>**PO Box 528**<br>**Carol Stream, IL 60132** | **Humana**<br>**PO Box 528**<br>**Carol Stream, IL 60132** | **Trade debt** | | 1,695.42 |
| **J&J Drywall aka Saul Veragura**<br>**2117 West 14th St.**<br>**Pueblo, CO 81003** | **J&J Drywall aka Saul Veragura**<br>**2117 West 14th St.**<br>**Pueblo, CO 81003** | **Trade debt** | | 1,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Wall Concepts, Inc.** Case No.
          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Magnum Materials of Colorado, Inc. 3855 Sable Blvd. Aurora, CO 80011 | Magnum Materials of Colorado, Inc. 3855 Sable Blvd. Aurora, CO 80011 | Trade debt | | 176,463.04 |
| Mountain States Insurance Group Direct Bill Unit 5051 Journal Center Blvd. NE Albuquerque, NM 87109 | Mountain States Insurance Group Direct Bill Unit 5051 Journal Center Blvd. NE Albuquerque, NM 87109 | Trade debt | | 7,995.66 |
| Public Service Company of Colorado dba Excel Energy PO Box 840 Denver, CO 80201 | Public Service Company of Colorado dba Excel Energy PO Box 840 Denver, CO 80201 | Trade debt | | 1,623.15 |
| Rocky Mountain Construction Wholesale 3265 S. Platte River Drive Englewood, CO 80110 | Rocky Mountain Construction Wholesale 3265 S. Platte River Drive Englewood, CO 80110 | Trade debt | | 11,951.07 |
| Sprint PO Box 7993 Overland Park, KS 66207 | Sprint PO Box 7993 Overland Park, KS 66207 | Trade debt | | 1,731.88 |
| State Farm Insurance 4645 South Lakeshore Drive #11 Tempe, AZ 85282 | State Farm Insurance 4645 South Lakeshore Drive #11 Tempe, AZ 85282 | Trade debt | | 3,454.81 |
| Waco Scaffolding 121 E. 58th Ave. Denver, CO 80216 | Waco Scaffolding 121 E. 58th Ave. Denver, CO 80216 | Trade debt | | 8,124.49 |
| Wagner Interior Supply 3737 Troy Street Denver, CO 80239 | Wagner Interior Supply 3737 Troy Street Denver, CO 80239 | Trade debt | | 227,535.26 |
| Western Interior Supply 450 Bryant Street Denver, CO 80204 | Western Interior Supply 450 Bryant Street Denver, CO 80204 | Trade debt | | 51,695.43 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Wall Concepts, Inc.**                                                                                      Case No.  _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 22, 2011**                                           Signature  **/s/ Nicholas Wall**
                                                                                              **Nicholas Wall**
                                                                                              **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.